RUTH ADAMS KNIGHT, Respondent, v. WILLARD RAYMOND KNIGHT, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The Special Term was justified in denying the defendant's motion for leave to serve an amended answer as a matter of discretion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT H. KUNZ, JR., Respondent, v. LEBANON MILL COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under Deed of Trust, Made by SEDGWICK MINOT, Dated January 18, 1926, Plaintiff, v. SEDGWICK MINOT, Appellant, and JANE GOULD MINOT and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ERNIE ADAMSON, Respondent, v. SUPERIOR ZINC CORPORATION, Appellant. SUPERIOR ZINC CORPORATION, Plaintiff, v. ERNIE ADAMSON, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELEANOR J. BORZILLERI, Appellant, v. HAROLD HORTON and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID LIPPMANN, Respondent, v. LANCELOT M. BERKELEY, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID LIPPMANN, Respondent, v. LANCELOT M. BERKELEY and Others, Defendants. LEON F. JONES, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID LIPPMANN, Respondent, v. LANCELOT M. BERKELEY and Others, Defendants. LEON F. JONES, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WM. A. WHITE & SONS, Plaintiff, v. THE PORT OF NEW YORK AUTHORITY, Respondent, CHARLES F. NOYES COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FANNIE POLLER, Respondent, v. LOUIS HOFFMAN, Appellant.— Order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.